[Cite as *State ex rel. Miller v. Lake Cty. Sheriff Dept.*, 2020-Ohio-3245.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# LAKE COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO ex rel. OTIS S. MILLER, | : | **PER CURIAM OPINION** |
| Relator, | : | |
| - vs - | : | **CASE NO. 2020-L-026** |
| LAKE COUNTY SHERIFF DEPARTMENT, et al., | : | |
| | : | |
| Respondents. | : | |
| | : | |

Original Action for Writ of Replevin.

Judgment: Petition dismissed.

*Otis S. Miller,* pro se, PID: A754-280, Richland Correctional Institution, 1001 Olivesburg Road, P.O. Box 8107, Mansfield, OH 44905 (Relator).

*David M. Smith* and *Terence L. Williams,* Mazanec, Raskin & Ryder Co., L.P.A., 100 Franklin's Row, 34305 Solon Road, Cleveland, OH 44139 (For Respondent, Lake County Sheriff Department).

*Charles E. Coulson,* Lake County Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH 44077 (For Respondent, Painesville Police Department).

PER CURIAM.

{¶1} Relator, Otis S. Miller, has filed an original action for writ of replevin in this matter. Respondents, Lake County Sheriff Department, et al., have filed a motion to dismiss, pursuant to Civ.R. 12(B)(6).

{¶2} The jurisdiction of a court of appeals to hear original actions, however, is defined in the Ohio Constitution:

{¶3} The courts of appeals shall have original jurisdiction in the following:

{¶4} (a) Quo warranto;

{¶5} (b) Mandamus;

{¶6} (c) Habeas corpus;

{¶7} (d) Prohibition;

{¶8} (e) Procedendo;

{¶9} (f) In any cause on review as may be necessary to its complete determination. Ohio Const. Art. IV, Section 3(B)(1).

{¶10} This court has no original jurisdiction to consider an action in replevin. Respondents' motion is therefore granted and relator's petition is dismissed.

CYNTHIA WESTCOTT RICE, J., MATT LYNCH, J., MARY JANE TRAPP, J., concur.